No. 10–5639. ALTAMIRANO-QUINTERO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–5640. BARNES-MCNEELY v. ARKANSAS DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–5641. RAMOS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 10–5643. CALDERON v. EVERGREEN OWNERS, INC., ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–5644. COOK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–5646. POTTS v. MCEWEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5647. JORDAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5649. LARRABEE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5650. WHOLAVER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 10–5652. REYNOSA-ATISUEGO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5656. MOSES v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 10–5657. VERA v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5658. PAIGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5662. BROWN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.